```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION
```

| | |
|---|---|
| RENE PEREZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. NO. C-05-292 |
| § | |
| NABORS DRILLING INTERNATIONAL § | |
| LTD, et al, § | |
| § | |
| Defendants. § | |

## ORDER OF REMAND

On this day the Court conducted an initial pretrial conference and considered its subject-matter jurisdiction *sua sponte* in the above-styled action. At the conference, the parties agreed that the Court had no jurisdiction because all federal questions in the case had been dismissed with Defendant Nabors Drilling International, Ltd., and the parties remaining in the case are not diverse. Therefore, the above-styled action is hereby REMANDED pursuant to 28 U.S.C. § 1447(c) to the 229th Judicial District Court of Duval County, Texas, where it was originally filed and assigned Cause Number DC-05-00028.

SIGNED and ENTERED this 20th day of December, 2005.

_____
Janis Graham Jack
United States District Judge